IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STREET TALK TUNES, et al.,

    Plaintiffs,                          No. CIV S-05-2401 FCD JFM

    vs.

VACAVILLE RECREATION CORPORATION, and SANDY ERLE,[1]

    Defendants.                      ORDER

_____/

        Plaintiffs filed the above-entitled action alleging copyright infringement by defendants in the unauthorized public performances of six songs by defendants on September 30, 2005. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c).

        On April 19, 2006, the magistrate judge filed findings and recommendations herein, granting plaintiffs' motion for entry of default judgment against defendants, which were served on defendants and which contained notice to defendants that any objections to the findings and recommendations were to be filed within ten days. Defendants have not filed objections to the findings and recommendations.

---

[1] Defendant Glenn Beddow was dismissed from this action on February 1, 2006.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed April 19, 2006, are adopted in full;

    2. Plaintiffs' February 9, 2006 motion for entry of default judgment is granted; judgment is entered as follows:

        a. Defendants Vacaville Recreation Corporation and Sandy Erle, and any persons acting by or on behalf of defendants, are enjoined from performing publicly, or causing or permitting to be performed publicly, any copyrighted musical compositions owned by any of the plaintiffs, and any other copyrighted musical compositions in the repertory of the American Society of Composers, Authors and Publishers ("ASCAP") at any establishment owned, controlled, operated or managed by defendants, without permission obtained directly from the copyright owners of such compositions in advance of such performances, or license from ASCAP.

        b. Plaintiffs are granted $7,500.00 in statutory damages and $1,037.30 in attorneys fees and costs, for a total judgment in the amount of $8,537.30.

    3. This action is dismissed.

DATED: May 9, 2006

        /s/ Frank C. Damrell Jr.
        FRANK C. DAMRELL JR.
        United States District Judge